UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIUS STUBBS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ORANGE COUNTY JAIL ADMINISTRATION & GRIEVENCE OFFICE, ET AL.,<br><br>                              Defendants. | 21-CV-0659 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 1, 2021
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge